# MOUND COTTON WOLLAN & GREENGRASS LLP

COUNSELLORS AT LAW
30A VREELAND ROAD
FLORHAM PARK, NJ 07932

(973) 494-0600
FAX: (973) 242-4244
WWW.MOUNDCOTTON.COM

NEW YORK, NY
FLORHAM PARK, NJ
GARDEN CITY, NY
SAN FRANCISCO, CA
FORT LAUDERDALE, FL
HOUSTON, TX

KATHARINE ANNE LECHLEITNER
ASSOCIATE
973-494-0670
KLechleitner@moundcotton.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __3/2/2021__

February 25, 2021

**Via ECF**

Hon. Mary Kay Vyskocil, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 1007

      Re: *Lewis v. Marriott International, Inc., et al.*
           Civil Action No. 1:20-cv-09806-MKV
           Our File No. 2446.236

Dear Judge Vyskocil:

      This office represents Defendants Maritz Global Events Inc. ("Maritz") and Merz North America, Inc. ("Merz") in the above referenced matter. We submit this letter motion requesting an adjournment of the Initial Pretrial Conference and Pre-Motion Conference to be held on March 4, 2021, pursuant to Your Honor's Individual Rule 2.G.

      In the Scheduling Order [ECF No. 40], the Court required the parties confer to discuss the possibility of settlement for at least one hour and, by 10 AM on February 25, 2021, file a joint letter and Propose Case Management Plan. To comply with the Court's Order, but without waiving any of Merz and Maritz's affirmative defenses, we reached out to counsel for Plaintiff Amy B. Lewis ("Plaintiff") to obtain information to aid in settlement discussions. Counsel for Plaintiff advised that he would circulate a packet in advance of having an hour-long settlement discussion with all parties. However, counsel for Plaintiff has not yet circulated a packet and the parties have not time yet scheduled time to discuss the possibility of settlement. Additionally, the joint letter and Proposed Case Management Plan touch upon issues that will likely be discuss during the hour-long discussion. As the parties are still coordinating their discussion on the possibility of settlement, the parties also request additional time to meet and confer regarding the joint letter and Proposed Case Management Plan.

Mound Cotton Wollan & Greengrass LLP
Hon. Mary Kay Vyskocil, U.S.D.J.
February 25, 2021
Page 2

  All parties have consented to our request. No other adjournments of the Initial Pretrial Conference and Pre-Motion Conference have been requested. No other deadlines will be affected by this request.

               Respectfully submitted,

               *s/ Katharine Anne Lechleitner*

cc:  All Counsel (via ECF)

---

The IPTC previously scheduled to take place on March 4, 2021 is ADJOURNED to April 8, 2021 at 2:30 PM. Joint letter and proposed CMP due April 1, 2021.

Date:  March 2, 2021
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge